UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**00-6287**
8 U.S.C. 1326(b)(2)

**CR-GRAHAM**

**MAGISTRATE TURNOFF**

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
vs.                             )
                                )
JUAN DARIO RESTREPO-PALAEZ,     )
                                )
            Defendant.          )
_____)

## INDICTMENT

The Grand Jury charges that:

On or about September 5, 2000, at Broward County, in the Southern District of Florida, the defendant,

            JUAN DARIO RESTREPO-PALAEZ,

an alien, having been previously convicted of a felony, and having been deported from the United States, knowingly and unlawfully was found in the United States, without the Attorney



General having expressly consented to such alien's reapplying for admission to the United States in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

A TRUE BILL

*[signature]*
FOREPERSON

*[signature]*
GUY A. LEWIS
UNITED STATES ATTORNEY

*[signature]*
LAURENCE M. BARDFELD
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: Juan Dario Restrepo-Palaez        No.: _____

Counts # I:
Illegal Reentry after Deportation; 8 USC 1326(a) and (b)(1)

*Max Penalty: Ten (10) years' imprisonment; $250,000 fine

Counts # :


*Max Penalty:

Count #:


*Max Penalty:

Count #:


*Max Penalty:

Count # :


*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA     CASE NO. _____

v.

JUAN DARIO RESTREPO-PALAEZ     **CERTIFICATE OF TRIAL ATTORNEY***

**Court Division**: (Select One)

**Superseding Case Information**:
New Defendant(s)      Yes ___   No ___
Number of New Defendants   ___
Total number of counts     ___

___ Miami  ___ Key West
_X_ FTL    ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No) _Yes_
   List language and/or dialect   _Spanish_

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

   I    0 to 5 days       _X_       Petty       ___
   II   6 to 10 days      ___       Minor       ___
   III  11 to 20 days     ___       Misdem.     ___
   IV   21 to 60 days     ___       Felony      _X_
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) ___No___
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of ___Sept. 5, 2000 (INS Custody)___

   Rule 20 from the _____    District of _____

   Is this a potential death penalty case? (Yes or No) ___No___

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No If yes, was it pending in the Central Region? _ ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

*[signature]*
LAURENCE M. BARDFELD
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 712450