AO 442 (Rev. 12/85) Warrant for Arrest  AUSA LAURENCE M. BARDFELD   SA SOLEK (Border Patrol) 963-9805

## United States District Court
### SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

JUAN DARIO RESTREPO-PALAEZ

**WARRANT FOR ARREST**

**CASE NUMBER:**

00-6287-CR-GRAHAM

TO: **The United States Marshal and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ JUAN DARIO RESTREPO-PALAEZ

Name   MAGISTRATE TURNOFF

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) Illegal reentry after deportation

in violation of Title 8 United States Code, Section(s) 1326

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ Pretrial Detention

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

September 28, 2000 at Fort Lauderdale, Florida
Date and Location

by Barry S. Seltzer, United States Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |