UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
OCT - 6 2000
HB045004

UNITED STATES OF AMERICA

Plaintiff

v.

Restrepo-Palaez, Juan Dario
Defendant

CASE NO.
00-6287 Cr-Graham

REPORT COMMENCING CRIMINAL ACTION

TO: CLERK'S OFFICE
U.S. DISTRICT COURT

All items indicated are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 9/5/2000  1:45 pm

2. Spoken language: English / Spanish

3. Offense(s) charged: 8 USC 1326 (b)(1)

4. U.S. Citizen  [ ] YES  [✓] NO  [ ] UNKNOWN

5. Date of birth: 4/10/67

6. Type of charging document: (Check One)
   [✓] INDICTMENT        [ ] COMPLAINT TO BE FILED/ALREADY FILED
   CASE NO. 00-6287       CASE NO. _____
   DISTRICT: Southern, FL (Where warrant or complaint is filed.)

   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

   COPY OF WARRANT LEFT WITH BOOKING OFFICER: [✓] YES  [ ] NO

   AMOUNT OF BOND: Pretrial Detention
   WHO SET BOND: Magistrate

7. REMARKS: INS Hold  SPC Krome

8. DATE: 10/6/00
9. Solek, John
   ARRESTING OFFICER
10. AGENCY: US BP
11. (954) 963-9805