CASE NUMBER   00-6287-CR-GRAHAM

INTERPRETER REQUIRED IN CASE

FILED by _____ D.C.
MAG. SEC.

OCT - 6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.   MIAMI

FOREIGN LANGUAGE   Spanish

DEFENDANT(S)   JUAN DARIO RESTREPO-PALAEZ

c: COURT INTERPERTER SUPERVISOR

