```
         [ by      D.C.]              UNITED STATES DISTRICT COURT
                                      SOUTHERN DISTRICT OF FLORIDA
           CT - 6 20                  Case No. 00-6287-Graham
           CLARENCE
UNITED STATES OF AMERICA,
                                      ARRAIGNMENT INFORMATION SHEET
vs.
    Juan Dario Restrepo               Jail No : 43047-004
              Defendant (Valu)        Language: Spanish
```

The above-named Defendant appeared before **Magistrate Judge O'SULLIVAN**, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

**Defendant:**      Address: In Jail

                    Tel. No:

**Defense Counsel:** Name   : FPD

                    Address:

                    Tel. No: 530-7000

**Bond Set/Continued:**   $ PTD, on CSB/Nebbia

Dated this  6th  day of  Oct , 2000.

CLARENCE MADDOX, CLERK

BY    PILAR MAYA
      Deputy Clerk

c:Clerk for Judge
  U.S. Attorney                TAPE NO.00A  91
  Defense Counsel              DIGITAL START NO. 2158
  Pretrial Services
formarra.ign

