UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 00-6287-CR-GRAHAM

UNITED STATES OF AMERICA   )
)
Plaintiff,   )
vs.   )
)
JUAN DARIO RESTREPO-PALAEZ,   )
)
Defendants.   )
_____ )

**NIGHT BOX FILED**
OCT 0 6 2000
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

## NOTICE OF ASSIGNMENT

COMES NOW the United States of America, by and through its undersigned Assistant United States Attorney, and gives notice that the above-captioned case has been reassigned to the Assistant United States Attorney Robert Emery.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
LAURENCE M. BARDFELD
ASSISTANT UNITED STATES ATTORNEY
Florida Bar Number: 712450
500 East Broward Blvd., Suite 700
Fort Lauderdale, Florida   33394
Telephone: (954) 356-7255 Ext. 3510
Facsimile: (954) 356-7336

cc: Border Patrol, Special Agent John Solek

