AO 442 (Rev. 12/85) Warrant for Arrest  AUSA LAURENCE M. BARDFELD   SA SOLEK (Border Patrol) 963-9805

# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

V.

JUAN DARIO RESTREPO-PALAEZ

TO: The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST

CASE NUMBER: **00-6287-CR-GRAHAM**

MAGISTRATE TURNOFF

YOU ARE HEREBY COMMANDED to arrest ____JUAN DARIO RESTREPO-PALAEZ____
                                                        Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) **Illegal reentry after deportation**

in violation of Title **8** United States Code, Section(s) **1326**

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ Pretrial Detention

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

September 28, 2000 at Fort Lauderdale, Florida
Date and Location

by Barry S. Seltzer, United States Magistrate Judge
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at **Miami, FL** | | |
| DATE RECEIVED 9/28/00 | NAME AND TITLE OF ARRESTING OFFICER **James A. Tassone United States Marshal Southern District of Florida** | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 10/6/00 | | Edward Purchase, SDUSM |