UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6287-Cr-Graham

UNITED STATES OF AMERICA

    Plaintiff,

v.

JUAN DARIO RESTREPO-PALAEZ

    Defendant.

_____/

## NOTICE OF ASSIGNMENT

The Federal Public Defender's Office for the Southern District of Florida gives notice that the above-captioned case has been assigned to Assistant Federal Public Defender Krista Halla. Please direct any future inquiries, pleadings or correspondence to Krista Halla on behalf of the Defendant Juan Dario Restrepo-Palaez.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

BY: _____
Krista Halla
Assistant Federal Public Defender
Florida Bar No. 073369
150 West Flagler Street
Suite 1700
Miami, Florida 33130-1556
Tel: 305-530-7000/Fax: 305-536-4559

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been served via U.S. Mail upon the United States Attorney's Office, 99 N.E. 4th Street, Miami, Florida, 33132-2111, this 17th day of October, 2000.

_____
Krista Halla

F:\HallaK\Restrepo-Palaez\Assignm not.wpd