UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-06287-CR-GRAHAM



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JUAN RESTREPO-PALAEZ,

    Defendant.
_____/

## CRIMINAL TRIAL SCHEDULING ORDER

    PLEASE TAKE NOTICE that the above-entitled cause is hereby set for **Criminal Jury Trial** before the Honorable Donald L. Graham, Judge for the United States District Court, Southern District of Florida in the James Lawrence King Federal Justice Building, 10th Floor, Courtroom 6, 99 N. E. 4th Street, Miami, Florida during the two week period commencing **Monday, November 20, 2000, at 9:00 a.m.**, or as soon thereafter as the case may be called.

    PLEASE TAKE FURTHER NOTICE that a **Calendar Call** will be held on **Wednesday, November 15, 2000 at 3:00 p.m.**, before Judge Graham, at the aforementioned address. **ALL COUNSEL MUST BE PRESENT.**

    1. All requests for Writs Ad Testificandum <u>must</u> be filed not later than 14 business days prior to the first day of the scheduled trial period to insure adequate time for processing.

    2. If the case is a Jury Trial, counsel shall prepare and submit to the Court, at the **Calendar Call**, any proposed Voir Dire questions necessary to elicit information concerning prospective jurors other than identity and general background information.




In addition, counsel shall submit to the Court, at the **Calendar Call,** proposed jury instructions, in typed form, including substantive charges and defenses. Eleventh Circuit Pattern Instructions, 1985 Edition, may be referred to by listing only the instruction number and page number.

3. All responses to the Discovery Order and/or Local Rule 88.10 shall be provided timely. Noncompliance can result in sanctions. Fed. R. Evid. 404(b) notices shall include a specific factual basis for the evidence sought to be introduced.

4. The Government and the defense shall strictly comply with Local Rule 88.10(P), which requires the preparation of a written statement signed by all parties describing discovery material exchanged and agreed upon trial stipulations. The parties will also acknowledge in the written statement that they have read the Courts Criminal Trial Scheduling Order.

5. Initial and supplemental discovery responses provided "out-of-time" shall include a statement in the first paragraph of the response explaining why Criminal Discovery was not complied with in a timely fashion.

6. All counsel shall submit to the Court, at the **Calendar Call,** a typed list of proposed witnesses and/or exhibits to be presented at trial. All exhibits which will be offered into evidence must be pre-labeled in accordance with the proposed exhibit list. Exhibit labels shall include the case number. Labels may be obtained from the Clerk of Court. Counsel shall also submit to the Court in writing any Motions in Limine regarding trial issues at the **Calendar Call.**

7. Counsel are instructed that arrangements for appropriate clothing for Defendants in custody must be made with the Bureau of Prisons at least **seven (7) days** prior to the scheduled trial date.

8. Counsel are instructed to notify the Court if an interpreter is required at least 24 hours prior to any hearing or trial.

9. Any attorney seeking exoneration of a cash bond shall obtain a copy of this Court's form Motion for Disbursement of Bond from the Courtroom Deputy.

10. If either party seeks to introduce transcript(s) at trial, the moving party shall present a copy to all counsel not less than ten (10) days prior to the scheduled trial date. If a transcript cannot be agreed upon, each party shall produce their own version of the transcript for presentation to the trier of fact. Government counsel shall notify the case agent/client agency of this requirement.

11. Prior to trial, counsel shall reduce all stipulations to writing.

12. **All motions shall be accompanied by a written statement certifying that counsel for the moving party has conferred with opposing counsel in a good faith effort to resolve by agreement the subject matter of the motion as required by Local Rule 88.9.**

13. All motions for continuance **must** be in writing and filed with the Clerk of the Court at least 48 hours prior to the **Calendar Call.** Motions for continuance will not be favorably considered unless the parties have complied with Local Rule 88.10 (P) which requires the filing of a written statement describing all discovery material exchanged.

14. If defense counsel foresees that a sentencing hearing will take more than thirty (30) minutes, the Courtroom Deputy shall be advised not later than five (5) days prior to the hearing.

15. Defense counsel who have or will represent witnesses, co-defendants, targets, or subjects in this or any other related criminal case shall notify the Court immediately so that a Garcia Hearing can be scheduled to resolve any potential or actual conflicts of interest. It is the desire of the court that all Garcia hearings be conducted as close to the time of arraignment as possible.

DONE AND ORDERED at Miami, Florida this __25th__ day of October, 2000.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

copied:  Laurence M. Barfeld, AUSA
         Krista Halla, AFPD