UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs. Juan Restrepo-Galaez,

CASE NO. 00-6287-CR-DLG

*(margin notes: 07.00, 11-17-00, Miami)*

CHANGE OF PLEA

on 11-17-00 the above named defendant appeared in person before the Honorable DONALD L. GRAHAM, United States District Judge/Magistrate, with Krista Halla, counsel appointed by the Court/~~retained~~ by the defendant, and said defendant stated in open court that he desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty to Count(s) I, of the Indictment/~~Information~~.

After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged. Whereupon:

( ) The Court proceeded to pronounce sentence. (See J&C)

(X) The Court postponed sentencing until 1-26-01

( ) The defendant being allowed to remain on bond until sentencing.

( ) The defendant being remanded to the custody of the Marshal until a _____ bond in the amount of $_____ is approved and posted.

( ) The defendant being remanded to the custody of the Marshal awaiting sentencing.

The U.S. Attorney announced Count(s) _____ would be dismissed on the government's motion at sentencing.

Judge Donald L. Graham
Reporter Barbara Medina
Courtroom Dpy. Clara A. Foster