UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6287-Cr-Graham

UNITED STATES OF AMERICA

    Plaintiff,

v.

JUAN DARIO RESTREPO-PALAEZ

    Defendant.

_____/

## DEFENDANT'S ACCEPTANCE OF RESPONSIBILITY STATEMENT

The Defendant Juan Dario Restrepo-Palaez, through counsel, respectfully submits the attached letter in consideration of sentencing.

    Respectfully submitted,

    KATHLEEN M. WILLIAMS
    FEDERAL PUBLIC DEFENDER

BY: _____
    Krista Halla
    Assistant Federal Public Defender
    Florida Bar No. 073369
    150 West Flagler Street
    Suite 1700
    Miami, Florida 33130-1556
    Tel: 305-530-7000/Fax: 305-536-4559

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been served via U.S. Mail upon Robert Emery, Assistant United States Attorney, 99 N.E. 4th Street, Miami, Florida, 33132-2111, and Maria Monge, U.S. Probation Officer, 300 NE 1st Avenue, Room 315, Miami, Florida, 33126-2126 this 26th day of December, 2000.

Krista Halla

F:\HallaK\Restrepo-Palaez\Assignm.not.wpd

## ACCEPTANCE OF RESPONSIBILITY STATEMENT

I accept full responsibility for coming back to the United States after being removed without obtaining the required permission. I want to apologize to this country, this court, and my family for my actions.

_____          Date: 12-21-00
Juan Dario Restrepo-Pelaez