# SENTENCING MINUTES
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6287-CR-DLG

DEFENDANT Juan Restrepo-Valez (Spanish)

JUDGE DONALD L. GRAHAM

Clerk CLARA A. FOSTER

DATE 1-26-01

Reporter BARBARA MEDINA

AUSA Lillian Sanchez    Deft. Counsel Krista Halla

DEFENDANT FOUND GUILTY AS TO COUNTS _____

COUNTS DISMISSED _____

_____ Deft. failed to appear - warrant to issue. Bond Forfeited.

_____ Sentencing cont'd until __/__/__ at _____ am / pm

## JUDGMENT AND SENTENCE

RECEIVED & FILED IN OPEN COURT
on 1-26-01
Miami, FLA.
Clarence Maddox, Clerk
United States District Court
Southern District of Florida

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
| | | 8 | I |
| | | | |

Comments _____

Supervised Release 3 YRS CT I; INS Deportation proceedings

| Probation | Years | Months | Counts |
|---|---|---|---|
| | | | |
| | | | |

Comments _____

Assessment $ 100.00    Fine $ -0-

Restitution / Other _____

## CUSTODY

_____ Remanded to U.S. Marshal    _____ Release bond pend appeal

_____ Voluntary Surrender to (designated institution or US Marshal) on __/__/__.

_____ Commitment recommendation: _____

(rev. 12/91)

ADDITIONAL COMMENTS TO SENTENCING MINUTES

_____
_____
_____
_____
_____
_____
_____
_____
_____