Judgment-Page 2 of 7

DEFENDANT: **RESTREPO-PALEZ, JUAN DARIO**
CASE NUMBER: **00-6287-CR-GRAHAM-01**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 8 months.

[X] The Court makes the following recommendations to the Bureau of Prisons:

[X] **The defendant is remanded to the custody of the United States Marshal.**
The defendant shall receive credit for time served as applicable by statute.

[ ] The defendant shall surrender to the United States Marshal for this district.

   [ ] At _____ A.m. / p.m. on _____

   [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:.

   [ ] Before 2:00 p.m. on _____

   [ ] as notified by the United States Marshal.

   [ ] As notified by the Probation or Pretrial Services Office.

FILED by _____ D.C.
DKTG
FEB 20 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on __02-13-2001__ To __Federal Detention Center Miami, Fl.__

at __33 NE 4 ST. Miami, Fl__ with a certified copy of this judgment.

Monica S. Wetzel, Warden
~~UNITED STATES MARSHAL~~

By __Ariel O. Guerrero, L.I.E.__
~~Deputy U.S. Marshal~~



# United States District Court
## Southern District of Florida
### MIAMI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (For Offenses Committed On or After November 1, 1987) |
| JUAN DARIO RESTREPO-PALEZ | Case Number: 00-6287-CR-GRAHAM-01 |
| | Counsel For Defendant: Krista Halla, AFPD |
| | Counsel For The United States: Robert Emery, AUSA |
| | Court Reporter: Barbara Medina |

**THE DEFENDANT:**

[X] pleaded guilty to count One of the Indictment.

[ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.

[ ] Was found guilty on count(s) _____ after a plea of not guilty

FILED by _____ D.C.
JAN 31 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

| Title & Section Number(s) | Nature of Offense | Date Offense Concluded | Count |
|---|---|---|---|
| 8 U.S.C. §§1326 (a)(b)(1) | Illegal Re-entry after Deportation | 09/05/2000 | 1 |

The defendant is sentenced as provided in pages 2 through __7__ Of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____

[ ] Count(s) _____ (Is) (are) dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: None
Defendant's Date of Birth: 04/10/67
Defendant's USM Number: 43045-004

Defendant's Residence Address:
  25th Street 46-130
  Medellin, Colombia

Defendant's Mailing Address:
  33 N.E 4th Street
  Miami, Florida 33132

01/26/01
Date of Imposition of Judgment

_[signature]_
Signature of Judicial Officer

**Donald L. Graham**
United States District Judge

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 02-05-01

Date: January 31, 2001